IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GIDEON HANCOCK,

    Petitioner,  No. CIV-S-02-2413 FCD KJM P

    vs.

ANTHONY P. KANE,

    Respondent.  ORDER

_____/

    Within ten days, counsel for respondent shall provide to the court a copy of Exhibit 13A (a tape recording of an interview conducted by police officers with Christopher Giles) entered into evidence at trial. Counsel for respondent shall also indicate whether Exhibit 13A was presented to the California Court of Appeal on direct appeal.

DATED: January 24, 2006.

UNITED STATES MAGISTRATE JUDGE

1
hanc2413.tap