IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GIDEON HANCOCK,

    Petitioner,                   No. CIV-S-02-2413 FCD KJM P

    vs.

ANTHONY P. KANE,

    Respondent.                <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file objections to the court's March 17, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 27, 2006 request for an extension of time is granted; and

    2. Petitioner is granted until April 18, 2006 to file objections to the court's March 17, 2006 findings and recommendations.

DATED: March 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
hanc2413.111