IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GIDEON HANCOCK,

    Petitioner,                    No. CIV S-02-2413 FCD KJM P

    vs.

ANTHONY P. KANE,

    Respondent.               ORDER

_____/

        Petitioner has requested an extension of time to file objections to the court's March 17, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 4, 2006 request for an extension of time is granted; and

        2. Petitioner's May 1, 2006 objections to the court's March 17, 2006 findings and recommendations are deemed timely.

        3. Respondent may file a reply to the objections within five days of this order.

DATED: May 16, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

1 hanc2413.111