IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GIDEON HANCOCK,

    Petitioner,                    No. CIV-02-2413 FCD KJM P

    vs.

BEN CURRY,

    Respondent.                ORDER

_____/

    Petitioner has requested an extension of time to file objections to the court's August 24, 2006 amended findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 1, 2006 request for an extension of time is granted; and

    2. Petitioner is granted until September 23, 2006 to file objections to the court's August 24, 2006 amended findings and recommendations.

DATED: September 6, 2006.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

1/hanc2413.111(a)