IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GIDEON HANCOCK,

            Petitioner,               No. CIV S-02-2413 FCD KJM P

    vs.

BEN CURRY,

            Respondent.            <u>ORDER</u>

_____/

          Petitioner has filed his second request for an extension of time to file and serve objections to the August 24, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

          1.  Petitioner's October 2, 2006 application for an extension of time is granted; and

          2.  Petitioner shall file and serve objections to the court's August 24, 2006 findings and recommendations on or before October 25, 2006.

DATED:  October 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp; hanc2413.111sec(2)