IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GIDEON HANCOCK,

    Petitioner,                   No. CIV S-02-2413 FCD KJM P

  vs.

BEN CURRY,

    Respondent.              ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 24, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties.  Objections to the findings and recommendations were filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1 Accordingly, IT IS HEREBY ORDERED that:

2 1. The findings and recommendations filed August 24, 2006 are adopted in full; and

4 2. Petitioner's application for a writ of habeas corpus is denied.

DATED: September 25, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2